# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN RODRIGUEZ-BRITO,<br>　aka "Adrian Rodriguez,"<br>　aka "Angel Rodriguez,"<br><br>　　　　Defendant. | Case No. 2:21-cr-00295-APG-NJK<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Adrian Rodriguez-Brito,* is unsealed.

**DATED** this __31st__ day of January, 2022.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge